DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EARL BRADDY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1855

[December 7, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 00-20675CF10A.

Loren D. Rhoton of Loren Rhoton, P.A., Tampa, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***